**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1986**

In re: MARLON BRAMWELL, a/k/a May Day,

        Petitioner.

On Petition for Writ of Mandamus.  (1:91-cr-00429-LO-2)

Submitted:  December 21, 2021               Decided:  January 4, 2022

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Marlon Bramwell, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Bramwell petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Bramwell's motion on November 29, 2021. Accordingly, because the district court has recently decided Bramwell's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*